UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **YOSIEL GARCIA RAMOS** | **:** | **DOCKET NO. 21-CV-260** |
| A201-451-424 | | **SECTION P** |
| **VERSUS** | **:** | **JUDGE TERRY A. DOUGHTY** |
| **DOUGLAS HEBERT** | **:** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion To Dismiss Pursuant To Federal Rule 12(b)(1) filed by the Government (doc. 8), be **GRANTED**, the Petition for Writ of Habeas Corpus be DISMISSED without prejudice and that this proceeding be terminated.

THUS DONE AND SIGNED**,** in chambers, in Monroe, Louisiana, on this 26th day of April, 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**